NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**LASERFACTURING, INC. AND THE TWENTYFIRST CENTURY CORPORATION (DOING BUSINESS AS TC ARTS & LASERFACTURES)**
*Plaintiffs-Appellants,*

v.

**DAIMLERCHRYSLER CORPORATION (NOW OLD CARCO LIQUIDATED TRUST),**
*Defendant-Appellee.*

---

2009-1013

---

Appeal from the United States District Court for the Southern District of Texas in case no. 4:07-CV-00207, Judge Melinda Harmon.

---

ON MOTION

---

Before RADER, *Chief Judge.*

## ORDER

Chrysler Group LLC moves for leave to file a brief amicus curiae. DiamlerChrysler Corporation consents. Laserfacturing, Inc. and The Twentyfirst Century Corporation oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**APR 1 7 2012**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  Edward W. Goldstein, Esq.
     Frank C. Cimino, Jr., Esq.
s25

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

APR 1 7 2012

JAN HORBALY
CLERK